ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MICHAEL J. SONGER
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

**FILED**
Aug 21, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOLFO MARTINEZ CORONA,<br><br>Defendant. | CASE NO. 1:25-cr-00167 KES-BAM<br><br>VIOLATION: 18 U.S.C. §§ 242, 250(a) and (b)(3) – Deprivation of Rights Under Color of Law Resulting in Bodily Injury and Involving a Non-Consensual Sexual Act; 18 U.S.C. §§ 1512(b)(3) – False Statements (Three Counts); 18 U.S.C. § 1512(b)(2)(B) – Attempt to Alter Documents |

## INDICTMENT

### INTRODUCTORY ALLEGATIONS

1. Defendant ADOLFO MARTINEZ CORONA was a California Superior Court, Fresno County Judge from 2003 until in or about April 2024.

2. In or about March 2024, Defendant CORONA was 64 years old and Victim 1 was a 32-year-old woman who worked as a judicial assistant for the Fresno County Superior Court.

3. On or about March 14, 2024, Defendant CORONA sexually assaulted Victim 1 in a stairwell of the main courthouse of the Fresno County Superior Court, as charged in Count One.

4. On or about March 19, 2024, Defendant CORONA was interviewed as part of an administrative investigation into the incident with Victim 1 and made a false statement to investigators, as charged in Count Two. Specifically, Defendant CORONA falsely claimed that, when he was alone with Victim 1 in the courthouse stairwell, Victim 1 "grabbed [Defendant CORONA's] phone and put her cell phone number in it."

5. On or about June 28 and on or about August 5, 2024, the Federal Bureau of Investigation (FBI) interviewed Defendant CORONA as part of a criminal investigation into the incidents involving Victim 1 and Victim 2. During the August 5 interview, Defendant CORONA made false statements to the FBI about the incident involving Victim 1, as charged in Count Three. Specifically, Defendant CORONA falsely claimed that he led Victim 1 into the stairwell because he "was gonna go up the stairs" to work after giving Victim 1 a gift, and that after the incident he went back "up to the sixth floor," which is "where [he] finished the work."

6. In or about December 2023, Defendant CORONA was 64 years old and Victim 2 was a 41-year-old woman who worked as a judicial assistant for the Fresno County Superior Court.

7. On December 5, 2023, Defendant CORONA was alone with Victim 2 in his chambers in the main courthouse of the Fresno County Superior Court from approximately 4:25 p.m. to 6:30 p.m. Shortly after 7:00 p.m., Victim 2 was found alone and with her pants unbuttoned after being passed out in Defendant CORONA's chambers.

8. When the FBI interviewed Defendant CORONA on or about June 28 and August 5, 2024, he made false statements about the incident involving Victim 2, as charged in Count Four. Specifically, Defendant CORONA falsely claimed to the FBI that, on the evening of December 5, 2023, he left Victim 2 alone in his chambers and drove to a motorcycle dealership.

9. On or about May 1, 2024, Defendant CORONA, while knowing he was under investigation for the Victim 2 incident, called a motorcycle dealership employee and tried to persuade the employee to falsify the dealership's records for the date that he had picked up his motorcycle, as charged in Count Five. Specifically, Defendant CORONA tried to persuade the dealership employee to change the pickup date shown in the records from December 6, 2023, which was the date he received his motorcycle, to December 5, 2023, which was the date that he and Victim 2 were alone in his chambers

before she was found with her pants unbuttoned after being passed out in his chambers.

10. Paragraphs 1 through 10 are hereby incorporated into the charges set forth below.

COUNT ONE: [18 U.S.C. §§ 242, 250(a) and (b)(3) – Deprivation of Rights Under Color of Law Resulting in Bodily Injury and including a Non-Consensual Sexual Act]

The Grand Jury charges:

ADOLFO MARTINEZ CORONA,

defendant herein, as follows:

11. Defendant ADOLFO MARTINEZ CORONA, on or about March 14, 2024, in the County of Fresno, State and Eastern District of California, did, while acting under the color of law, willfully deprive Victim 1 of liberty without due process of law, which includes the fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated Victim 1's genital opening with his fingers without her consent and without a legitimate government purpose. The defendant's conduct resulted in bodily injury and involved a sexual act, as defined in Title 18, United States Code, Section 2246, without Victim 1's permission.

All in violation of Title 18, United States Code, Sections 242 and 250(a) and (b)(3).

COUNT TWO: [18 U.S.C. § 1512(b)(3) – False Statements]

The Grand Jury further charges:

ADOLFO MARTINEZ CORONA,

defendant herein, as follows:

12. Defendant ADOLFO MARTINEZ CORONA, on or about March 19, 2024, in the County of Fresno, State and Eastern District of California, did knowingly engage in misleading conduct toward another person, with the intent to hinder, delay, and prevent the communication of information to a federal law enforcement officer and judge relating to the commission and possible commission of a federal offense. Specifically, Defendant CORONA falsely told an investigator that, while he was in the stairwell with Victim 1 on March 14, 2024, "[Victim 1] grabbed my phone and put her cell phone number in it." Whereas, in truth and in fact, as Defendant CORONA then and there knew, Victim 1 did not grab Defendant CORONA's phone and put her number in it.

All in violation of Title 18, United States Code, Section 1512(b)(3).

COUNT THREE: [18 U.S.C. § 1512(b)(3) – False Statements]

The Grand Jury further charges:

ADOLFO MARTINEZ CORONA,

defendant herein, as follows:

13.  Defendant ADOLFO MARTINEZ CORONA, on or about August 5, 2024, in the County of Fresno, State and Eastern District of California, did knowingly engage in misleading conduct toward another person, with the intent to hinder, delay, and prevent the communication of information to a federal law enforcement officer and judge relating to the commission and possible commission of a federal offense. Specifically, Defendant CORONA falsely told FBI agents that on March 14, 2024, he led Victim 1 into a courthouse stairwell because "I was gonna go up the stairs" to work after giving Victim 1 a gift, and that after the incident he went back "up to the sixth floor," which is "where I finished the work." Whereas, in truth and in fact, as Defendant CORONA then and there knew, he did not lead Victim 1 into the stairwell so he could go back upstairs to work, and he did not leave Victim 1 and go up to the sixth floor to finish work; instead, he went downstairs and left the courthouse.

All in violation of Title 18, United States Code, Section 1512(b)(3).

COUNT FOUR: [18 U.S.C. § 1512(b)(3) – False Statements]

The Grand Jury further charges:

ADOLFO MARTINEZ CORONA,

defendant herein, as follows:

14.  Defendant ADOLFO MARTINEZ CORONA, between on or about June 28 and on or about August 5, 2024, in the County of Fresno, State and Eastern District of California, did knowingly engage in misleading conduct toward another person, with the intent to hinder, delay, and prevent the communication of information to a federal law enforcement officer and judge relating to the commission and possible commission of a federal offense. Specifically, on or about June 28, 2024, Defendant CORONA falsely told FBI agents that, in the evening of December 5, 2023, he left Victim 2 in his chambers and drove "to pick up my motorcycle . . . I got there and they said we can't stay too long." On or about August 5, 2024, Defendant CORONA falsely told FBI agents that, on the evening of December 5, 2023, he left Victim 2 in his chambers and "I went over there [to the motorcycle dealership] . . . I was

INDICTMENT                                                 4

1  probably speeding . . . I got to [the dealership] and then I got in there and they're all, they've closed
2  everything. And I go, 'I guess we, I guess we got to reset it for tomorrow morning.'" Whereas, in truth
3  and in fact, as Defendant CORONA knew when he made his false statements on June 28 and August 5,
4  2024, he did not go to the motorcycle dealership after leaving Victim 2 in his chambers on December 5,
5  2023. Instead, Defendant CORONA was alone with Victim 2 on December 5, 2023, in his chambers
6  from approximately 4:25 p.m. to 6:30 p.m., he did not leave the courthouse until after the dealership had
7  closed, and he did not go to the dealership that day.

       All in violation of Title 18, United States Code, Section 1512(b)(3).

<u>COUNT FIVE</u>:  [18 U.S.C. § 1512(b)(2)(B) – Attempt to Alter Documents]

       The Grand Jury further charges:

                           ADOLFO MARTINEZ CORONA,

defendant herein, as follows:

       15.     Defendant ADOLFO MARTINEZ CORONA, on or about May 1, 2024, in the County of Fresno, State and Eastern District of California, did engage in misleading conduct and attempted to corruptly persuade another person with the intent to alter, destroy, and conceal an object with the intent to impair the object's integrity or availability for use in an official proceeding. Specifically, Defendant CORONA, while knowing he was under investigation for the Victim 2 incident, attempted to persuade A.M., a motorcycle dealership employee, to change company records to indicate that Defendant CORONA had picked up his motorcycle on December 5, 2023, the night that Victim 2

///
///
///
///
///
///
///
///
///

was found in his chambers. Whereas, in truth and in fact, as Defendant CORONA then and there knew, he did not pick up his motorcycle on December 5, 2023.

All in violation of Title 18, United States Code, Section 1512(b)(2)(B).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

ERIC GRANT
_____
ERIC GRANT
United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

By: MICHAEL J. SONGER
_____
MICHAEL J. SONGER
Special Litigation Counsel

INDICTMENT                                6