No. 1:25-cr-00167 KES-BAM

**FILED**
Aug 21, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

## ADOLFO MARTINEZ CORONA

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. §§ 242, 250(a) and (b)(3) – Deprivation of Rights Under Color of Law Resulting in Bodily Injury and Involving a Non-Consensual Sexual Act; 18 U.S.C. §§ 1512(b)(3) – False Statements (Three Counts); 18 U.S.C. § 1512(b)(2)(B) – Attempt to Alter Documents

*A true bill,*

/S/
_____
Foreman.

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____
Clerk.

Bail, $ __ ISSUE NO-BAIL WARRANT __

B. McAuliffe         8/21/25

GPO 863 525


Case 1:25-cr-00167-KES-BAM   Document 1-1   Filed 08/21/25   Page 2 of 3

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)**  ☐ YES  ☑ NO

PER 18 U.S.C. 3170

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING: CASE No. _____

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Fresno County
U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT -- U.S. vs.**
▶ ADOLFO MARTINEZ CORONA

Address:

Birth Date: (Optional unless a juvenile)
☑ Male  ☐ Alien
☐ Female  (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
SA Elyse Texido

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
▶ MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. ___ Day ___ Year ___

DATE OF ARREST ▶ _____

Or . . . if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▷ Mo. ___ Day ___ Year ___

Name and Office of Person Furnishing Information on THIS FORM: Debra De La Pena
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): KAREN A. ESCOBAR
☐ **FORFEITURE ALLEGATION**

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUED NO-BAIL WARRANT

## United States v. Adolfo Martinez Corona
### Penalties for Indictment

### COUNT 1:

VIOLATION:     18 U.S.C. §§ 242, 250(a) and (b)(3) – Deprivation of Rights Under Color of Law Resulting in Bodily Injury and including a Non-Consensual Sexual Act

PENALTIES:     40 years in prison; fine of up to $250,000; both fine and imprisonment; supervised release of 5 years

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNTS 2-4:

VIOLATION:     18 U.S.C. § 1512(b)(3)  – False Statements

PENALTIES:     20 years in prison; fine of up to $250,000; both fine and imprisonment; 3 years of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNT 5:

VIOLATION:     18 U.S.C. § 1512(b)(2)(B) – Attempt to Alter Documents

PENALTIES:     20 years in prison; fine of up to $250,000; both fine and imprisonment; 3 years of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)