AO 458 (Rev. 10/95) Appearance

# UNITD STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### APPEARANCE

Case Number: **1:25-CR-00167KES-BAM**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Adolfo Corona**

(Defendant's Name)

I certify that I am admitted to practice in this court

Date:  8/22/2025

/s/ Michael J. Aed
*Attorney's signature*

Michael J. Aed
*Printed name*

204090
*State Bar Number*

2115 Kern Street, Suite 1
*Street*

Fresno, CA 93721
*City/State/Zip*

michael@aalawfresno.com
or
michael@legalaed.com
*E-mail address*

(559) 825-4600
*Telephone number*

(559) 272-8411
*FAX number*

☐ Appointed
☒ Retained