W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
PHONE: (559) 442-0634

Attorney for Defendant ADOLFO MARTINEZ CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOLFO MARTINEZ CORONA, et al.<br><br>Defendants. | No. 1:25-cr-00167 KES-BAM<br><br>**ADOLFO MARTINEZ CORONA'S REQUEST FOR A PRE-ARREST PRETRIAL SERVICES INTERVIEW AND [PROPOSED] ORDER**<br><br>**DATE:**<br>**TIME:**<br>**PLACE:** |

1.      **Summary Of Argument And Factual Procedural Background**

Mr. Corona is requesting the Court to authorize a Pretrial Services interview before he surrenders. The government has advised counsel that it will seek remand of Mr. Corona in connection with alleged offenses. Mr. Corona has been out on bond for a year on parallel state charges which we are informed will be dismissed.

Within the past week, government counsel has advised that it will seek the detention of Mr. Corona upon his initial appearance. Mr. Corona is a 65 year-old retired Fresno Superior Court Judge. The federal charges at issue relate to claimed events that occurred in 2004 and before that.

///

1

Co-defense counsel Michael Aed communicated with the Pretrial Services Office in an attempt to schedule an interview for Mr. Corona. Supervisory Officer Bedrosian responded today, August 22, 2025 that "Pretrial Services is unable to interview a defendant in advance of arrest or self-surrender UNLESS it is ordered by the Court.

2. **The Court Should Order A Pre-trial Services Interview**

The government intends to seek detention of Mr. Corona. Mr. Corona has a Sixth Amendment right to be free from unreasonable pre-trial custody.

Information verified by Pre-trial Services will be helpful in allowing the Court to weigh competing arguments as to pre-trial detention, release, and conditions of release. There is no reason to wait until Mr. Corona is arrested to allow Pre-trial Services to interview him. A pre-arrest interview will also allow Pre-trial Services to better allocate their resources rather than responding to in-custody time constraints.

**Conclusion**

Mr. Corona requests the Court to order Pre-trial Servies to interview him without waiting for his formal detention.

Dated: August 22, 2025                    Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for Defendant
ADOLFO MARTINEZ CORONA

**DECLARATION OF MICHAEL AED**

I, Michael Aed, declare:

1. I am a duly licensed attorney and I represent Mr. Corona in this matter.

2. I reviewed the Request for A Pre-Arrest Pre-trial Services Interview as to the factual contentions included in that filing, those within my personal knowledge are true and correct, and as to matters outside my personal knowledge, I believe them to be true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct based upon my personal knowledge and that as to matters outside my personal knowledge, I believe them to be true and correct.

Executed this 22nd day of August, 2025 at Fresno, California.

    /s/ Michael Aed
MICHAEL AED, Co-counsel for Defendant
ADOLFO MARTINEZ CORONA

## [PROPOSED] ORDER

The Court hereby ORDERS the Pre-trial Services' Office to conduct its standard interview with Adolfo Corona without waiting for Mr. Corona to be placed into custody. The Pre-trial Services office shall maintain discretion as to the timing of that interview and the allocation of its resources. Mr. Corona's counsel is directed to coordinate with the Pre-trial Services Office regarding logistics for that interview.

**IT IS SO ORDERED**

Dated: August ___, 2025

Honorable Barbara A. McAuliffe
United States Magistrate Judge

3