ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MICHAEL J. SONGER
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-167 KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION RE TREATMENT OF PROTECTED INFORMATION** |
| v. | |
| ADOLFO MARTINEZ CORONA, | |
| Defendant. | |

WHEREAS, the discovery in this case contains a large amount of other people's personal identifying information, including personal identification numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid the necessity of large-scale redactions and the unauthorized disclosure of Protected Information to anyone not a party to this case;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, the parties stipulate as follows:

1

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority that pertains to all discovery produced to the defendant's counsel in this case;

2. By signing this stipulation, defense counsel agree not to share any discovery that contains Protected Information with anyone other than defense counsel and defense counsel investigators and support staff. Defense counsel may permit the defendant to review unredacted discovery that contains Protected Information in the presence of defense counsel or defense counsel investigators and support staff. But defense counsel shall not allow the defendant to copy the Protected Information and may only provide the defendant with copies of discovery from which the Protected Information is redacted;

3. The discovery may be used only in connection with the litigation of this case. The discovery is now and will remain the property of the government. Defense counsel will return the discovery to the government, or certify that it has been destroyed, at the conclusion of the case;

4. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement; and

5. In the event that the defendant's substitute counsel, undersigned defense counsel agree to withhold discovery from the new defense counsel until the new defense counsel agree to be bound by this stipulation and resulting order.

IT IS SO STIPULATED.

DATED:   August 22, 2025

/s/ Michael J. Aed
Michael J. Aed
Counsel for Adolfo Martinez Corona

25sw148.o.0822.pdf

DATED:   August 22, 2025

/s/ W. Scott Quinlan
W. Scott Quinlan
Counsel for Adolfo Martinez Corona

DATED:   August 22, 2025

/s/ Margarita Martinez-Baly
Margarita Martinez-Baly
Counsel for Adolfo Martinez Corona

/ / /

| | | |
|---|---|---|
| DATED: | August 22, 2025 | ERIC GRANT<br>United States Attorney<br><br>By: /s/ *Karen A. Escobar*<br>Karen A. Escobar<br>Assistant United States Attorney<br><br>HARMEET DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| DATED: | August 22, 2025 | By: /s/ *Michael J. Songer*<br>Michael J. Songer<br>Special Litigation Counsel |

3