ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MICHAEL J. SONGER
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-167 KES-BAM |
|---|---|
| Plaintiff, | **ORDER RE TREATMENT OF PROTECTED INFORMATION** |
| v. | |
| ADOLFO MARTINEZ CORONA, | |
| Defendant. | |

For good cause shown, the stipulation between counsel, dated August 21, 2025, in the above case, regarding the treatment of protected information contained in the discovery is approved.

IT IS SO ORDERED.

DATED: _____

                                                         HON. BARBARA A. McAULIFFE
                                                        UNITED STATES MAGISTRATE JUDGE