ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division
MICHAEL J. SONGER
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>        v.<br><br>ADOLFO MARTINEZ CORONA,<br><br>                           Defendant. | CASE NO. 1:25-CR-00167-KES-BAM<br><br>STIPULATION REGARDING TRIAL SETTING AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: November 12, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on November 12, 2025.

2.  On October 22, 2025, the Court ordered the parties to file a joint status report and appear for a status conference or stipulate to a continuance. The defendant has filed a waiver of appearance at proceedings in this case under Fed. Rules Crim. Proc., Rule 43.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties agree and stipulate, and request that the Court set the matter for a hearing on pretrial motions before U.S. District Judge Kirk E. Sherriff on February 23, 2025. Any pretrial motions in this matter shall be filed on or before January 26, 2026, and any response shall be filed on or before February 17, 2026.

4. The parties further agree and stipulate that the current status conference shall be vacated and reset for April 8, 2026, and request that the Court make the following findings:

    a) The government has represented that the discovery associated with this case includes investigative reports, recordings, photographs, and other material produced in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time for defense investigation, submission and resolution of pretrial motions, and preparation for trial.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2025, to April 8, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: November 5, 2025

ERIC GRANT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL J. SONGER
Special Litigation Counsel

Dated: November 5, 2025

/s/ MICHAEL J. AED
MICHAEL J. AED
Counsel for Defendant
ADOLFO MARTINEZ
CORONA

Dated: November 5, 2025

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
ADOLFO MARTINEZ
CORONA

# ORDER

IT IS SO ORDERED that the status conference is continued from November 12, 2025, to **April 8, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). Any pretrial motions in this matter shall be filed on or before January 26, 2026, and any response shall be filed on or before February 17, 2026. The Court sets the matter for a hearing on pretrial motions on **February 23, 2026 at 9:30 a.m. in Courtroom 6 before District Judge Kirk E. Sherriff**.

IT IS SO ORDERED.

Dated:   **November 6, 2025**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE