1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2300 Tulare Street, Ste. 300
   Fresno, Ca 93721
3  PHONE: (559) 442-0634

4  MICHAEL J. AED, 204090
   Attorney at Law
5  2115 Kern Street, Ste. 001
   Fresno, CA 93721
6  PHONE: (559) 825-4600

7  Attorneys for Defendant ADOLFO MARTINEZ CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:25-cr-00167 KES-BAM |
|---|---|
| Plaintiff, | **SUPPLEMENTAL POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COUNTS OF THE INDICTMENT** |
| v. | |
| ADOLFO MARTINEZ CORONA, et al. | DATE: February 23, 2026 |
| Defendants. | TIME: 9:30 a.m. |
| | PLACE: Honorable Kirk E. Sherriff |
| | Courtroom 6 |

**POINTS AND AUTHORITIES**

Count One of the indictment alleges that defendant, while acting under color of law as a superior court judge, willfully deprived Victim 1 of liberty without due process of law. This crime does not apply to individuals acting in their private capacities and not accomplished because of "power possessed by virtue of state law and made possible only because the wrongdoer was clothed with the authority of state law" (Almond v. DeKalb County, Georgia 103 F.3d 1510, 1514-1515 (11th Cir., 1997).

///

1

The discovery in this case contains personal identifying information which the parties have agreed not to disclose (Doc. 8). However, in Volume 1 of the July 23, 2024 state grand jury transcript, which will be provided to the Court at the hearing of this motion, Victim 1 stated;

1. She initially reached out to defendant regarding his leaving for a new position (pages 134-136).
2. He called and mentioned going to lunch (pg. 137).
3. V-1 thought this was appropriate and that they were friends. (pg. 137-138).
4. V-1 knew defendant was a judge, but did not see him like a judge, she saw him as like a friend (pgs. 138-139).

As set forth in his motion to dismiss counts of the indictment, defendant did not use the power of his state position as a judge to direct V-1 to meet him, she did not work for him nor did he direct her in her job. As detailed above, the indictment cannot be amended to allege such facts where V-1 has acknowledged under oath that she did not view him as a judge; she viewed him as a friend.

Dated: January 23, 2026              Respectfully submitted,


/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for Defendant
ADOLFO CORONA

2