W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
PHONE: (559) 442-0634

MICHAEL J. AED, 204090
Attorney at Law
2115 Kern Street, Ste. 001
Fresno, CA 93721
PHONE: (559) 825-4600

Attorneys for Defendant ADOLFO MARTINEZ CORONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADOLFO MARTINEZ CORONA, et al.<br><br>Defendants. | No.  1:25-cr-00167 KES-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO MAY 27, 2026 AT 1:00 PM IN COURTROOM 10 AND ORDER THEREON**<br><br>**DATE:** April 8, 2026<br>**TIME:** 1:00 p.m.<br>**PLACE:** Honorable Grosjean<br>Courtroom 10 |

The parties stipulate to continue the status conference in the above case from April 8, 2026 at 1:00 p.m. in courtroom 10 before Magistrate Grosjean to May 27, 2026 at 1:00 in Courtroom 10 before Magistrate Grosjean.

There is GOOD CAUSE for this continuance so that the defense may ascertain the scope of further necessary investigation and availability of funds for the defense prior to determining any appropriate further scheduling dates, including trial date.

///

1

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the parties agreed that the time period of April 8, 2026, to May 27, 2026, inclusive, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), B(i) and (B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 7, 2026                            Respectfully submitted,


/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for Defendant
ADOLFO CORONA


Dated: April 7, 2026                            Respectfully submitted,


/s/ Michael J. Aed
Michael J. Aed, Attorney for Defendant
ADOLFO CORONA


Dated: April 7, 2026                            Respectfully submitted,


/s/ Brittany Gunter
Brittany Gunter, Assistant United States
Attorney

2

**ORDER**

IT IS SO ORDERED that the status conference is continued from April 8, 2026, to **May 27, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **April 7, 2026**                    /s/ *Erica P. Grosjean*
                                  UNITED STATES MAGISTRATE JUDGE

3