ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney

2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

HARMEET K. DHILLON
Assistant Attorney General, Civil Rights Division
SARAH HOWARD
Trial Attorneys
United States Department of Justice

U.S. Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-7882
(202) 353-5871

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

                    v.

ADOLFO MARTINEZ CORONA,

                                    Defendant.

CASE NO. 1:25-CR-00167 KES-BAM

**STIPULATION RE TREATMENT OF PROTECTED INFORMATION**

WHEREAS, the discovery in this case contains a large amount of other people's personal identifying information, including personal identification numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid the necessity of large-scale redactions and the unauthorized disclosure of Protected Information to anyone not a party to this case;

1

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, the parties stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority that pertains to all discovery produced to the defendant's counsel in this case;

2. By signing this stipulation, defense counsel agree not to share any discovery that contains Protected Information with anyone other than defense counsel and defense counsel investigators and support staff. Defense counsel may permit the defendant to review unredacted discovery that contains Protected Information in the presence of defense counsel or defense counsel investigators and support staff. But defense counsel shall not allow the defendant to copy the Protected Information and may only provide the defendant with copies of discovery from which the Protected Information is redacted;

3. The discovery may be used only in connection with the litigation of this case. The discovery is now and will remain the property of the government. Defense counsel will return the discovery to the government, or certify that it has been destroyed, at the conclusion of the case;

4. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement; and

5. In the event that the defendant's substitute counsel, undersigned defense counsel agree to withhold discovery from the new defense counsel until the new defense counsel agree to be bound by this stipulation and resulting order.

IT IS SO STIPULATED.

DATED:     June 18, 2026              */s/ Christina M. Corcoran*
                                      Christina M. Corcoran
                                      Counsel for Adolfo Martinez Corona


DATED:     June 25, 2026              ERIC GRANT
                                      United States Attorney

                                      By: */s/ Cody Chapple*
                                      Cody S. Chapple
                                      Assistant United States Attorney

2

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division


DATED:        June 25, 2026                By:  */s/  Sarah Howard*
                                          Sarah Howard
                                          Trial Attorney
                                          United States Department of Justice

3

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-167 KES-BAM |
| Plaintiff, | **ORDER RE TREATMENT OF PROTECTED INFORMATION** |
| v. | |
| ADOLFO MARTINEZ CORONA, | |
| Defendant. | |

For good cause shown, the stipulation between counsel, dated June 9, 2026, in the above case, regarding the treatment of protected information contained in the discovery is approved.

IT IS SO ORDERED.

Dated:  __June 25, 2026__          _____
                                                            UNITED STATES MAGISTRATE JUDGE

4